MESCH, CLARK & ROTHSCHILD, P.C.
259 North Meyer Avenue
Tucson, Arizona 85701
Phone: (520) 624-8886
Fax: (520) 798-1037
Email: jbarker@mcrazlaw.com
dhindman@mcrazlaw.com

By: J. Emery Barker, #1151
David J. Hindman, #24704
23042-1/ blc

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| CURIS RESOURCES LTD., <br><br> Plaintiff, <br><br> vs <br><br> JANE DOE AND JOHN DOE a.k.a. "erinG", etc. <br><br> Defendants. | No. _____ <br><br> **APPLICATION FOR JUDICIAL ASSISTANCE UNDER 28 U.S.C. §1782 AND PURSUANT TO LETTERS ROGATORY** |

Curis Resources Ltd. asks this Court, pursuant to 28 U.S.C. §1782, for judicial assistance in obtaining evidence necessary for pending litigation in the Supreme Court of British Columbia, Canada, and asserts as follows:

1) Pending before the Supreme Court of British Columbia, Canada, is the case *Curis Resources, Ltd., v. Jane Doe and John Doe a.k.a. "erinG",* Case No. S-123944 (the "British Columbia Proceeding").

2) The Plaintiff in the British Columbia Proceeding and the Applicant here is Curis Resources Ltd., c/o Joel Hill, Hakemi & Company Law Corporation, 1500 – 885 West Georgia Street, Vancouver, BC, Canada V6C 3E8.

3) The Defendant in the British Columbia Proceeding, Jane Doe and John Doe a.k.a. "erinG" ("Defendant"), remains anonymous and upon information and belief resides in the District of Arizona.

4) The Defendant used IP addresses assigned to Qwest Communications Company, LLC, and to the government of Pinal County, in making statements that are at issue in the British Columbia Proceeding.

5) Attached to this Application, and incorporated herein by reference, is a copy of Letters Rogatory requesting assistance of this Court by the Supreme Court of British Columbia, and that Court's Order directing the examination of authorized representatives of Qwest Communications Company, LLC, and the government of Pinal County.

6) The evidence obtained is expected to provide information regarding the identity of the Defendant and will be admissible in the British Columbia Proceeding. Accordingly, any information obtained as a result of the examinations will be used in the British Columbia Proceeding.

7) The undersigned intends to schedule examinations through subpoenas issued pursuant to Federal Rule of Civil Procedure 45 and in compliance with Orders entered in the British Columbia Proceeding, for attendance at depositions and the production of documents by Qwest Communications Company, LLC, and the government of Pinal County.

8) This Court's assistance is needed with respect to such examinations, both in issuing subpoenas and resolving any disputes that arise with respect to such examinations of Qwest Communications Company, LLC, and the government of Pinal County.

9) Notice is being given to each of the parties to this action by sending to their respective counsel, through the United States mail, a true and correct copy of this Application.

WHEREFORE, Curis Resources Ltd. respectfully requests this Court to:

1. Grant judicial assistance pursuant to 28 U.S.C. §1782 for the examinations of Qwest Communications Company, LLC, and the government of Pinal County, pursuant to the attached Letters Rogatory and Order of the Supreme Court of British Columbia;

2. Direct the Clerk of the Court to issue any subpoenas necessary to direct the authorized representatives and the Custodian of Records of Pinal County, 31 N. Pinal Street, Bldg A, Florence, Arizona, 85132, to appear at the times and place designated by Curis Resources and testify regarding IP address 67.128.3.2 and produce their files and records regarding IP address 67.128.3.2;

3. Direct the Clerk of the Court to issue any subpoenas necessary to direct the authorized representatives and the Custodian of Records of Qwest Communications Company, LLC, c/o CT Corporation System, 2390 E. Camelback Road, Phoenix, Arizona, 85016, to appear at the times and place designated by Curis Resources and testify regarding IP address 184.98.29.108 and produce their files and records regarding IP address 184.98.29.108;

4. As needed, to enter such other and further orders necessary to resolve any disputes regarding the examinations and enter such other and futher orders as this Court deems necessary.

DATED: August 9, 2012.

MESCH, CLARK & ROTHSCHILD, P.C.

By: s/David J. Hindman
J. Emery Barker
David J. Hindman

3

# DECLARATION OF SERVICE

I, __Ginne Wells__, declare and state:

That on this __9th__ day of August, 2012, I caused the foregoing Application for Judicial Assistance Under 28 U.S.C. §1782 and Pursuant to Letters Rogatory with attachments to be served on:

    Curis Resources Ltd.,
    c/o Joel Hill, Hakemi & Company Law Corporation,
    1500 – 885 West Georgia Street,
    Vancouver, BC, Canada V6C 3E8.

    Pinal County,
    c/o Deputy County Attorney Joe Albo
    P.O. Box 887
    Florence, AZ 85132

    Qwest Communications Company, LLC,
    c/o CT Corporation System,
    2390 E. Camelback Road
    Phoenix, AZ 85016

By depositing a true and accurate copy of said Application in the United States mail, first class postage prepaid, and properly addressed.

    I declare under penalty of perjury the foregoing is true and correct.

    Executed at Tucson, Arizona on this __9th__ day of August, 2012.

_/s/ Ginne Wells_

354571



No. S-123944
Vancouver Registry



In the Supreme Court of British Columbia

Between:

CURIS RESOURCES LTD.

Plaintiff

and:

JOHN DOE and JANE DOE aka
"erinG"

Defendants

LETTER OF REQUEST FOR EXAMINATION
OF WITNESS OUT OF JURISDICTION

To the judicial authority of the United States District Court for the District of Arizona.

Whereas this proceeding is now pending in the Supreme Court of British Columbia in which the plaintiff claims damages for defamation, injurious falsehood, and false or misleading representations, and an injunction against the defendants:

And whereas it appears to me that it is necessary for the purposes of justice and for the due determination of the matters in question between the parties that the following persons should be examined on oath or affirmation relating to those matters, namely an authorized representative or representatives of Qwest Communications Company, LLC and the government of Pinal County, Arizona, who are most knowledgeable to testify regarding IP addresses 184.98.29.108 and 67.128.3.2 respectively, including the identity of users and/or subscribers of the IP addresses, and such other persons as the lawyers or agents of the parties mutually request you in writing to be examined, and it appears that persons are residents within your jurisdiction:

Now I, ................................., a Judge of the Supreme Court of British Columbia, hereby request that, for the assistance of the court, you will be pleased to summon the lawyers or agents of the parties and the witnesses to be examined, to attend at such time and place as you appoint, either before you or such other person as according to your procedure is competent to take the deposition examination of witnesses, and that you will cause the witnesses to be examined orally or by interrogatories relating to the matters in question, in the presence of the lawyers or agents of the parties or such of them as, on due notice given, attend the examination:

And I further request that you permit the lawyer or agent of any party present to examine any witness called by the lawyer or agent and the lawyer or agent of any opposing party to cross-examine the witness and the lawyer or agent of the party calling the witness to re-examine the witness:

And I further request that you will be pleased to cause the evidence of each witness to be recorded verbatim, and any document produced on the examination to be marked for identification, and that you will be further pleased to authenticate the depositions taken on the examination and any document, or certified copy of the same or any extract therefrom by the seal of your tribunal or in such other way as is in accordance with your procedure, and to return the same, together with any interrogatories and a note of the charges and expenses payable in respect of the execution of this request to the Under Secretary of State for External Affairs of Canada at Ottawa, Canada, for transmission to the Registrar of the Supreme Court of British Columbia at the courthouse at 800 Smithe Street, Vancouver, B.C., V6Z 2E1.

Dated:_____

_____
A Judge of the Supreme Court
of British Columbia

Certified a true copy according to the records of the Supreme Court at Vancouver, B.C.
This 5 day of Aug 20 12
_____
Authorized Signing Officer



SUPREME COURT
OF BRITISH COLUMBIA
VANCOUVER REGISTRY

AUG 0 3 2012

No. S-123944
Vancouver Registry

*In the Supreme Court of British Columbia*

Between:

**CURIS RESOURCES LTD.**

Plaintiff

and:

**JOHN DOE and JANE DOE aka
"erinG"**

Defendants

**ORDER FOR EXAMINATION OF PERSONS
OUTSIDE THE JURISDICTION**

| BEFORE ) | THE HONOURABLE<br>JUSTICE<br>SMITH | ) 03/AUG/2012 |

ON THE APPLICATION of the plaintiff Curis Resources Ltd. ("Curis") coming on for hearing at Vancouver, British Columbia on 03/AUG/2012 and on hearing Joel Hill, counsel for Curis, without notice to the defendants John Doe and Jane Doe aka "erinG";

THIS COURT ORDERS that:

1. Gerald Maltz, of Haralson, Miller, Pitt, Feldman & McAnally, P.L.C., 1 S. Church Ave., #900, Tucson, Arizona 85701-1620, be appointed an examiner for the purpose of taking the examination, cross-examination and re-examination orally, on oath or affirmation, of an authorized representative or representatives of:

    a. Qwest Communications Company, LLC who are most knowledgeable to testify regarding the IP address 184.98.29.108, including the identity of users and/or subscribers of the IP address, and

    b. the government of Pinal County, Arizona who are most knowledgeable to testify regarding the IP address 67.128.3.2,

including the identity of users and/or subscribers of the IP address, and

of any other persons as the lawyers or agents of the parties mutually request the examiner in writing to examine, at 259 N. Meyer Ave., Tucson, Arizona, 85701-1090;

2. the lawyer for the applicant give to the lawyer for each of the other parties 10 days' notice in writing of the date on which the lawyer proposes to send this order to the examiner for execution, and that 10 days after service of the notice the lawyers for the parties respectively exchange the names of their lawyers or agents at Arizona to whom notice relating to the examination of the persons may be sent;

3. 10 days' notice (exclusive of Saturday and Sunday) before the examination of any person must be given by the examiner to the lawyer for or agent of each of the parties and to each person to be examined unless the notice is waived;

4. the examination be conducted in accordance with the enclosed instructions, with such modifications as may be necessary;

5. the depositions, together with any document referred to in them, or certified copy of or extract from the document, be sent promptly by the examiner to the Registrar of the Supreme Court of British Columbia at the courthouse at 800 Smithe Street, Vancouver, B.C., V6Z 2E1, who must deliver the depositions and documents to the applicants and provide copies to any party on request.

By the Court

_____
Registrar