**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Curis Resources Ltd., | No. MC12-0079-PHX-DGC |
| Plaintiff, | **ORDER** |
| v. | |
| Jane Doe and John Doe a.k.a. "erinG", etc. | |
| Defendants. | |

Plaintiff Curis Resources, Ltd. has filed a motion for issuance of letters rogatory to assist in obtaining evidence for litigation pending in the Supreme Court of British Columbia, Canada, *Curis Resources, Ltd. v. Jane Doe and John Doe a.k.a. "erinG"*, Case No. S-123944. Doc. 1. Plaintiff asks the Court to subpoena Pinal County and Qwest Communications Company, LLC. *Id.* at 3. These witnesses have not raised objections.

Under 28 U.S.C. § 1782, a district court has discretion in determining whether letters rogatory should be honored. *In re Letters Rogatory from the Tokyo District, Tokyo, Japan*, 539 F.2d 1216, 1219 (9th Cir. 1976). Section 1782 provides, in part: "The district court of the district in which a person resides or is found may order him to give his testimony or statement or to produce a document or other thing for use in a proceeding in a foreign or international tribunal, including criminal investigations conducted before formal accusation." 28 U.S.C. § 1782(a). "Letters Rogatory are customarily received and appropriate action taken with respect thereto ex parte." *In re*

*Letters Rogatory from the Tokyo District*, 539 F.2d at 1219.  Witnesses can raise objections and exercise their due process rights by motions to quash the subpoenas. *Id.* The Court will grant the motion pursuant to § 1782.

**IT IS ORDERED:**

1. Plaintiff's motion for issuance of letters rogatory (Doc. 1) is **granted**.

2. The Clerk is directed to issue any subpoenas necessary to direct the authorized representatives and the Custodian of Records of Pinal County, 31 N. Pinal Street, Building A, Florence, Arizona, 85132, to appear at the times and place designed by Plaintiff and testify regarding IP address 67.128.3.2 and produce their files and records regarding IP address 67.128.3.2.

3. The Clerk is directed to issue any subpoenas necessary to direct the authorized representatives and the Custodian of Records of Qwest Communications Company, LLC, c/o CT Corporation System, 2390 E. Camelback Road, Phoenix, Arizona, 85016, to appear at the times and place designed by Plaintiff and testify regarding IP address 184.98.29.108 and produce their files and records regarding IP address 184.98.29.108.

Dated this 28th day of August, 2012.

David G. Campbell
United States District Judge